UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



**Raynard Ricmond,**

    **Plaintiff,**

    v.

**Paul Bumgardner,** *et al.*,

    **Defendants.**

Case No. 2:16-cv-890

Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

On November 30, 2016, the United States Magistrate Judge recommended that Plaintiff's action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Report and Recommendation, ECF No. 16 ("R&R"). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R, ECF No. 16, is hereby **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT